**Order Filed on August 9, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Law Offices of Andy Winchell, PC
100 Connell Drive, Suite 2300
Berkeley Heights, New Jersey 07922
Telephone No. (973) 457-4710
andy@winchlaw.com
By: Andy Winchell [AW-6590]
Attorney for the Debtor

In Re:

Marie Claire Coulanges
Aka Marie Claire Beaudin
Aka Marie Claire Beaudin-Coulanges

              Debtor

Case No.: 19-16501 (JKS)
Chapter: 13
Judge: Hon. John K Sherwood

## ORDER GRANTING APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 9, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal services and work in a chapter 13 case have been rendered and actual expenses accrued, and no objections having been raised, it is:

ORDERED that the Law Offices of Andy Winchell, P.C., the applicant, is approved fees of $5,806.50 for services rendered, and expenses in the amount of $343.00, for a total of $6,149.50. $500.00 in fees is approved and authorized to be paid from the Debtor's retainer, currently held by the applicant in trust. $5,649.50 shall be paid:

__X__        through the chapter 13 plan as an administrative priority.

_____        outside the plan.

The debtor's monthly plan is modified to require a payment of $ __n/a__ per month for __n/a__ months to allow for the payment of aforesaid fee.