**Order Filed on August 9, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Law Offices of Andy Winchell, PC
100 Connell Drive, Suite 2300
Berkeley Heights, New Jersey 07922
Telephone No. (973) 457-4710
andy@winchlaw.com
By: Andy Winchell [AW-6590]
Attorney for the Debtor

In Re:

Marie Claire Coulanges
Aka Marie Claire Beaudin
Aka Marie Claire Beaudin-Coulanges

                Debtor

Case No.: 19-16501 (JKS)
Chapter: 13
Judge: Hon. John K Sherwood

### ORDER GRANTING APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 9, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal services and work in a chapter 13 case have been rendered and actual expenses accrued, and no objections having been raised, it is:

ORDERED that the Law Offices of Andy Winchell, P.C., the applicant, is approved fees of $5,806.50 for services rendered, and expenses in the amount of $343.00, for a total of $6,149.50. $500.00 in fees is approved and authorized to be paid from the Debtor's retainer, currently held by the applicant in trust. $5,649.50 shall be paid:

   X          through the chapter 13 plan as an administrative priority.

             outside the plan.

The debtor's monthly plan is modified to require a payment of $ __n/a__ per month for __n/a__ months to allow for the payment of aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Marie Claire Coulanges  
    Debtor

Case No. 19-16501-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 09, 2019  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2019.  
db         +Marie Claire Coulanges,    32 42nd Street,    Irvington, NJ 07111-1254

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2019 at the address(es) listed below:  
          Andy   Winchell    on behalf of Debtor Marie Claire Coulanges andy@winchlaw.com,  
           awinchellecf@gmail.com;katharine@winchlaw.com  
          Brian E Caine    on behalf of Creditor   Deutsche Bank National Trust Company, as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1 bcaine@parkermccay.com,  
           BKcourtnotices@parkermccay.com  
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                        TOTAL: 6