Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                               Case No.: 19−16501−JKS
                               Chapter: 13
                               Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Marie Claire Coulanges
    aka Marie Claire Beaudin, aka Marie Claire
    Beaudin−Coulanges, dba Property Rental
    32 42nd Street
    Irvington, NJ 07111

Social Security No.:
    xxx−xx−3652

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on June 18, 2019.

    On 1/6/20 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                  February 13, 2020
Time:                08:30 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 7, 2020
JAN: lc

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 19-16501-JKS
Marie Claire Coulanges                                         Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jan 07, 2020
                              Form ID: 185             Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2020.
db             +Marie Claire Coulanges,    32 42nd Street,    Irvington, NJ 07111-1254
518221828      +Deutsche Bank National Trust Company, et al.,     c/o Franklin Credit Management,
                 P.O. Box 829629,   Philadelphia, PA 19182-0001
518154609      +Franklin Credit Management Corporation,    P.O. Box 829629,    Philadelphia, PA 19182-0001
518311763      +OVERLOOK HOSPITAL,    CCCB,   PO BOX 1750,   WHITEHOUSE STA NJ 08889-1750
518154610       Overlook Medical Center,    P.O. Box 35611,   Newark, NJ 07193-5611
518154611      +Parker McCay, PA,    Attn: John D Krohn, Esq,    9000 Midlantic Drive,    Suite 300,
                 Mount Laurel, NJ 08054-1539
518154612      +Paul Michael Marketing,    Attn: Bankruptcy Dept.,    159-16 Union Turnpike,    Suite #302,
                 Flushing, NY 11366-1955
518154616      +Texas Life Insurance Company,    900 Washington Ave,    Waco, TX 76701-1283
518154617      +Township of Irvington,    Office of Tax Collector,    1 Civic Square,    Irvington, NJ 07111-2412
518275991      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518476604       US Department of Education,    PO Box 16448,    Saint Paul, MN 55116-0448
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 07 2020 23:33:45      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 07 2020 23:33:43      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518154607      +E-mail/Text: bankruptcy@certifiedcollection.com Jan 07 2020 23:33:33
                 Certified Credit and Collection Bureau,    P.O. Box 1750,    Whitehouse Station, NJ 08889-1750
518154608      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 07 2020 23:33:31       ComenityCapital/Century 21,
                 Attn: Bankruptcy Dept,    P.O. Box 182125,   Columbus, OH 43218-2125
518276110       E-mail/Text: bnc-quantum@quantum3group.com Jan 07 2020 23:33:39
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
518154614      +E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2020 23:35:19      Syncb/Lord & Taylor,
                 Attn: Bankruptcy,    P.O. Box 965060,   Orlando, FL 32896-5060
518156666       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Jan 07 2020 23:34:44       T-Mobile Cellular,
                 Attn: Bankruptcy Team,    P.O. Box 53410,   Bellevue, WA 98015.
518154615       E-mail/Text: bankruptcy@td.com Jan 07 2020 23:33:47      TD Bank, N.A.,    32 Chestnut Street,
                 P.O. Box 1377,   Lewiston, ME 04243
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518156665       Any Creditor with Arbitration Clause,    Provisions.
518154613     ##+Shiel Medical Laboratory,    63 Flushing Ave.,    Building 292,    Brooklyn, NY 11205-1079
                                                                                   TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2020 at the address(es) listed below:
              Andy  Winchell    on behalf of Debtor Marie Claire Coulanges andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com
              Brian E Caine   on behalf of Creditor   Deutsche Bank National Trust Company, as certificate
               trustee on behalf of Bosco Credit II Trust Series 2010-1 bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Jan 07, 2020
                               Form ID: 185             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kevin Gordon McDonald   on behalf of Creditor   Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                    TOTAL: 6