Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                         Case No.: 19−16501−JKS
                         Chapter:  13
                         Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marie Claire Coulanges
   aka Marie Claire Beaudin, aka Marie Claire
   Beaudin−Coulanges, dba Property Rental
   32 42nd Street
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−3652

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on March 11, 2020.

    On 04/21/2020 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                 May 28, 2020
Time:               08:30 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D,
Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
of a secure claim, such holders acceptance or rejection of the Plan before modification will
be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 21, 2020
JAN: dlr

Jeanne Naughton
Clerk