Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−16501−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marie Claire Coulanges
   aka Marie Claire Beaudin, aka Marie Claire
   Beaudin−Coulanges, dba Property Rental
   32 42nd Street
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−3652

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       5/28/20
Time:       10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Andy Winchell, Debtor's Attorney

COMMISSION OR FEES
$4647.50

EXPENSES

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 24, 2020
JAN:

                                                               Jeanne Naughton
                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 19-16501-JKS
Marie Claire Coulanges                                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: Apr 24, 2020
                              Form ID: 137                 Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2020.
db             +Marie Claire Coulanges,    32 42nd Street,    Irvington, NJ 07111-1254
518221828      +Deutsche Bank National Trust Company, et al.,     c/o Franklin Credit Management,
                 P.O. Box 829629,    Philadelphia, PA 19182-0001
518154609      +Franklin Credit Management Corporation,     P.O. Box 829629,    Philadelphia, PA 19182-0001
518311763      +OVERLOOK HOSPITAL,    CCCB,    PO BOX 1750,    WHITEHOUSE STA NJ 08889-1750
518154610       Overlook Medical Center,    P.O. Box 35611,    Newark, NJ 07193-5611
518154611      +Parker McCay, PA,    Attn: John D Krohn, Esq,    9000 Midlantic Drive,    Suite 300,
                 Mount Laurel, NJ 08054-1539
518154612      +Paul Michael Marketing,    Attn: Bankruptcy Dept.,    159-16 Union Turnpike,    Suite #302,
                 Flushing, NY 11366-1955
518154616      +Texas Life Insurance Company,    900 Washington Ave,    Waco, TX 76701-1283
518154617      +Township of Irvington,    Office of Tax Collector,    1 Civic Square,    Irvington, NJ 07111-2412
518275991      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518476604       US Department of Education,    PO Box 16448,    Saint Paul, MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 24 2020 23:44:14     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 24 2020 23:44:12     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518154607      +E-mail/Text: bankruptcy@certifiedcollection.com Apr 24 2020 23:44:06
                 Certified Credit and Collection Bureau,    P.O. Box 1750,    Whitehouse Station, NJ 08889-1750
518154608      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 24 2020 23:43:58     ComenityCapital/Century 21,
                 Attn: Bankruptcy Dept,    P.O. Box 182125,    Columbus, OH 43218-2125
518276110       E-mail/Text: bnc-quantum@quantum3group.com Apr 24 2020 23:44:08
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
518154614      +E-mail/PDF: gecsedi@recoverycorp.com Apr 24 2020 23:49:30     Syncb/Lord & Taylor,
                 Attn: Bankruptcy,    P.O. Box 965060,    Orlando, FL 32896-5060
518156666       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Apr 24 2020 23:50:10     T-Mobile Cellular,
                 Attn: Bankruptcy Team,    P.O. Box 53410,    Bellevue, WA 98015.
518154615       E-mail/Text: bankruptcy@td.com Apr 24 2020 23:44:16     TD Bank, N.A.,    32 Chestnut Street,
                 P.O. Box 1377,    Lewiston, ME 04243
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518156665       Any Creditor with Arbitration Clause,    Provisions.
518154613     ##+Shiel Medical Laboratory,    63 Flushing Ave.,    Building 292,    Brooklyn, NY 11205-1079
                                                                                                  TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2020 at the address(es) listed below:
              Andy Winchell    on behalf of Debtor Marie Claire Coulanges andy@winchlaw.com,
               awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com
              Brian E Caine    on behalf of Creditor    Deutsche Bank National Trust Company, as certificate
               trustee on behalf of Bosco Credit II Trust Series 2010-1 bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com

```
District/off: 0312-2           User: admin                 Page 2 of 2                  Date Rcvd: Apr 24, 2020
                               Form ID: 137                Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Kevin Gordon McDonald   on behalf of Creditor   Toyota Motor Credit Corporation
         kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Marie-Ann Greenberg   magecf@magtrustee.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                       TOTAL: 6