Order Filed on November 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brian E. Caine, Esq.
PARKER McCAY P.A.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey  08054
(856) 985-4059
Attorney for Deutsche Bank National Trust Company, as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1, its successors and/or assigns

In Re:

Marie Claire Coulanges

CASE NO.  19-16501-JKS
Chapter:  13
Hearing:  November 12, 2020
Judge:  John K. Sherwood

## ORDER RESOLVING MOTION TO REDUCE CLAIM OF DEUTSCHE BANK

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: November 16, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtors:  Marie Claire Coulanges
Case No:  19-16501-JKS
Caption of Order:  Order Resolving Motion to Reduce Claim of Deutsche Bank

---

Upon consideration of the Debtor's Motion to Reduce Proof of Claim #1 filed by Deutsche Bank National Trust Company, as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1 ("Deutsche Bank"), which said Motion was filed a docket number 50, and the opposition to said motion having been filed by Deutsche Bank at docket number 51, and

Upon the confirmed Chapter 13 plan which presently calls for the Debtor to pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor to pay directly to Deutsche Bank (outside the plan) monthly obligations due after the bankruptcy filing- consistent with 11 U.S.C §1332(b)(5), and

The current allowed claim for arrears is presently $98,911.82, and said amount is being cured through the plan, and

Deutsche Bank, through its servicer Franklin Credit Management Corporation having received a payment in the amount of $23,603.20 from the Township of Irvington to be credited towards the pre-petition arrears, and

The Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. The Debtor's Motion to Reduce Proof of Claim #1 is Granted, and the prepetition arrears amount in Proof of Claim #1 to be cured in full through the plan is reduced from $98,911.82 to $75,308.62.