**Order Filed on November 16, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Law Offices of Andy Winchell, PC
45 River Road, Suite 3
Summit, New Jersey 07901
Telephone No. (973) 457-4710
andy@winchlaw.com
By: Andy Winchell [AW-6590]
Attorney for the Debtor

In Re:

Marie Claire Coulanges

                Debtor

Case No.: 19-16501 (JKS)
Chapter: 13
Judge: Hon. John K Sherwood

**ORDER GRANTING STANDARD CHAPTER 13 LEGAL FEES AND SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 16, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

1

The applicant having certified that standard Chapter 13 legal services and legal work supplemental to basic Chapter 13 services have been rendered, and no objections having been raised, it is:

ORDERED that the Law Offices of Andy Winchell, the applicant, is allowed fees of $4,647.50 for services rendered. This amount shall be paid:

__X__  through the chapter 13 plan as an administrative priority.

_____  outside the plan.

The debtor's monthly plan is modified to require a payment of $ _NA_ per month for _____months to allow for the payment of aforesaid fee.

2