Order Filed on November 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| Law Offices of Andy Winchell, PC |
| 45 River Road, Suite 3 |
| Summit, New Jersey 07901 |
| Telephone No. (973) 457-4710 |
| andy@winchlaw.com |
| By: Andy Winchell [AW-6590] |
| Attorney for the Debtor |

| In Re: | Case No.: 19-16501 (JKS) |
| --- | --- |
| Marie Claire Coulanges | Chapter: 13 |
| | Judge: Hon. John K Sherwood |
| Debtor | |

### ORDER GRANTING STANDARD CHAPTER 13 LEGAL FEES AND SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 16, 2020**

_/s/ John K. Sherwood_

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that standard Chapter 13 legal services and legal work supplemental to basic Chapter 13 services have been rendered, and no objections having been raised, it is:

ORDERED that the Law Offices of Andy Winchell, the applicant, is allowed fees of $4,647.50 for services rendered. This amount shall be paid:

__X__ through the chapter 13 plan as an administrative priority.

_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _NA_ per month for _____ months to allow for the payment of aforesaid fee.

United States Bankruptcy Court

District of New Jersey

In re:  
Marie Claire Coulanges  
    Debtor(s)

Case No. 19-16501-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Nov 16, 2020      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Marie Claire Coulanges, 32 42nd Street, Irvington, NJ 07111-1254 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andy Winchell | on behalf of Debtor Marie Claire Coulanges andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Brian E Caine | on behalf of Creditor Deutsche Bank National Trust Company  as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1 bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 16, 2020 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6