Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−16501−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marie Claire Coulanges
   aka Marie Claire Beaudin, aka Marie Claire
   Beaudin−Coulanges, dba Property Rental
   32 42nd Street
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−3652

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 11, 2020.

Dated: December 11, 2020
JAN: zlh

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-16501-JKS |
| Marie Claire Coulanges | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 11, 2020 | Form ID: plncf13 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marie Claire Coulanges, 32 42nd Street, Irvington, NJ 07111-1254 |
| 518221828 | + | Deutsche Bank National Trust Company, et al., c/o Franklin Credit Management, P.O. Box 829629, Philadelphia, PA 19182-0001 |
| 518154609 | + | Franklin Credit Management Corporation, P.O. Box 829629, Philadelphia, PA 19182-0001 |
| 518311763 | + | OVERLOOK HOSPITAL, CCCB, PO BOX 1750, WHITEHOUSE STA NJ 08889-1750 |
| 518154610 | | Overlook Medical Center, P.O. Box 35611, Newark, NJ 07193-5611 |
| 518154611 | + | Parker McCay, PA, Attn: John D Krohn, Esq, 9000 Midlantic Drive, Suite 300, Mount Laurel, NJ 08054-1539 |
| 518154612 | #+ | Paul Michael Marketing, Attn: Bankruptcy Dept., 159-16 Union Turnpike, Suite #302, Flushing, NY 11366-1955 |
| 518154616 | + | Texas Life Insurance Company, 900 Washington Ave, Waco, TX 76701-1283 |
| 518154617 | + | Township of Irvington, Office of Tax Collector, 1 Civic Square, Irvington, NJ 07111-2997 |
| 518275991 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518476604 | | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 11 2020 22:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 11 2020 22:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518154607 | + | Email/Text: bankruptcy@certifiedcollection.com | Dec 11 2020 22:04:00 | Certified Credit and Collection Bureau, P.O. Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518154608 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 11 2020 22:03:00 | ComenityCapital/Century 21, Attn: Bankruptcy Dept, P.O. Box 182125, Columbus, OH 43218-2125 |
| 518276110 | | Email/Text: bnc-quantum@quantum3group.com | Dec 11 2020 22:04:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518154614 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 11 2020 22:24:46 | Syncb/Lord & Taylor, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 518156666 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Dec 11 2020 22:24:38 | T-Mobile Cellular, Attn: Bankruptcy Team, P.O. Box 53410, Bellevue, WA 98015. |
| 518154615 | | Email/Text: bankruptcy@td.com | Dec 11 2020 22:04:00 | TD Bank, N.A., 32 Chestnut Street, P.O. Box 1377, Lewiston, ME 04243 |

TOTAL: 8

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 11, 2020 | Form ID: plncf13 | Total Noticed: 19 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518156665 | | Any Creditor with Arbitration Clause, Provisions. |
| 518154613 | ##+ | Shiel Medical Laboratory, 63 Flushing Ave., Building 292, Brooklyn, NY 11205-1079 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2020                           Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2020 at the address(es) listed below:

**Name**     **Email Address**

Andy Winchell
on behalf of Debtor Marie Claire Coulanges andy@winchlaw.com
awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com

Brian E Caine
on behalf of Creditor Deutsche Bank National Trust Company as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1 bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Denise E. Carlon
on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Kevin Gordon McDonald
on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6