

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>PARKER McCAY P.A.<br>BRIAN E. CAINE, ESQ.<br>9000 Midlantic Drive; Suite 300<br>P.O. Box 5054<br>Mt. Laurel, New Jersey 08054<br>(856) 985-4059<br>Attorney for Deutsche Bank National Trust Company, as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1, its successors and/or assigns | **Order Filed on September 12, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Marie Claire Coulanges | Case No. 19-16501-JKS<br>Hearing: September 8, 2022<br><br>Judge: John K. Sherwood |

## ORDER VACATING AUTOMATIC STAY
## AS TO REAL PROPERTY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 12, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor:   Marie Claire Coulanges
Case No:  19-16501-JKS
Caption of Order: ORDER VACATING AUTOMATIC STAY AS TO REAL PROPERTY

---

Upon the motion of Deutsche Bank National Trust Company, as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1, its successors and/or assigns, ("Movant"), for relief from the automatic stay under section 362 as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay under section 362 is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following real property:

*30 42nd Street, Irvington, NJ 07111*

It is further ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the motion.