| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>MARIE CLAIRE COULANGES |

Case No.: 19-16501

Adv. No.:

Hearing Date: 10/13/2022

Judge: JKS

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 09/14/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
MARIE CLAIRE COULANGES
32 42ND STREET
IRVINGTON, NJ  07111
Mode of Service:  Regular Mail

Attorney for Debtor(s):
ANDY WINCHELL
LAW OFFICES OF ANDY WINCHELL, PC
90 WASHINGTON VALLEY ROAD
BEDMINSTER, NJ  07921
Mode of Service:  ECF and/or Regular Mail

Dated:  September 14, 2022

By:  /S/  Keith Guarneri
Keith Guarneri