| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>PARKER McCAY P.A.<br>BRIAN E. CAINE, ESQ.<br>9000 Midlantic Drive; Suite 300<br>P.O. Box 5054<br>Mt. Laurel, New Jersey 08054<br>(856) 985-4059<br>Attorney for Deutsche Bank National Trust Company, as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1, its successors and/or assigns | **Order Filed on September 12, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Marie Claire Coulanges | Case No. 19-16501-JKS<br>Hearing: September 8, 2022<br><br>Judge: John K. Sherwood |

## ORDER VACATING AUTOMATIC STAY
## AS TO REAL PROPERTY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 12, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**

Debtor:   Marie Claire Coulanges

Case No:  19-16501-JKS

Caption of Order: ORDER VACATING AUTOMATIC STAY AS TO REAL PROPERTY

---

Upon the motion of Deutsche Bank National Trust Company, as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1, its successors and/or assigns, ("Movant"), for relief from the automatic stay under section 362 as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay under section 362 is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following real property:

*30 42nd Street, Irvington, NJ 07111*

It is further ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:  
Marie Claire Coulanges  
    Debtor

Case No. 19-16501-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Sep 12, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Marie Claire Coulanges, 32 42nd Street, Irvington, NJ 07111-1254 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andy Winchell | on behalf of Debtor Marie Claire Coulanges andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Brian E Caine | on behalf of Creditor Deutsche Bank National Trust Company as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1 bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2                             User: admin                                 Page 2 of 2
Date Rcvd: Sep 12, 2022                          Form ID: pdf903                             Total Noticed: 1

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6