Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−16501−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marie Claire Coulanges
   aka Marie Claire Beaudin, aka Marie Claire
   Beaudin−Coulanges, dba Property Rental
   32 42nd Street
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−3652

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 11, 2020.

On 10/06/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                November 10, 2022
Time:                08:30 AM
Location:            Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 6, 2022
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 19-16501-JKS

Marie Claire Coulanges                                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                             Page 1 of 2
Date Rcvd: Oct 06, 2022                      Form ID: 185                            Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marie Claire Coulanges, 32 42nd Street, Irvington, NJ 07111-1254 |
| 518311763 | + | OVERLOOK HOSPITAL, CCCB, PO BOX 1750, WHITEHOUSE STA NJ 08889-1750 |
| 518154610 | | Overlook Medical Center, P.O. Box 35611, Newark, NJ 07193-5611 |
| 518154611 | + | Parker McCay, PA, Attn: John D Krohn, Esq, 9000 Midlantic Drive, Suite 300, Mount Laurel, NJ 08054-1539 |
| 518154613 | + | Shiel Medical Laboratory, 63 Flushing Ave., Building 292, Brooklyn, NY 11205-1079 |
| 518154616 | + | Texas Life Insurance Company, 900 Washington Ave, Waco, TX 76701-1283 |
| 518154617 | + | Township of Irvington, Office of Tax Collector, 1 Civic Square, Irvington, NJ 07111-2997 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 06 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 06 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518154607 | + | Email/Text: bankruptcy@certifiedcollection.com | Oct 06 2022 20:39:00 | Certified Credit and Collection Bureau, P.O. Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518154608 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 06 2022 20:39:00 | ComenityCapital/Century 21, Attn: Bankruptcy Dept, P.O. Box 182125, Columbus, OH 43218-2125 |
| 518221828 | + | Email/Text: bankruptcynotice@franklincredit.com | Oct 06 2022 20:39:00 | Deutsche Bank National Trust Company, et al., c/o Franklin Credit Management, P.O. Box 829629, Philadelphia, PA 19182-9629 |
| 518154609 | + | Email/Text: bankruptcynotice@franklincredit.com | Oct 06 2022 20:39:00 | Franklin Credit Management Corporation, P.O. Box 829629, Philadelphia, PA 19182-9629 |
| 518276110 | | Email/Text: bnc-quantum@quantum3group.com | Oct 06 2022 20:39:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518154614 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 06 2022 20:43:30 | Syncb/Lord & Taylor, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 518156666 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Oct 06 2022 20:43:23 | T-Mobile Cellular, Attn: Bankruptcy Team, P.O. Box 53410, Bellevue, WA 98015. |
| 518154615 | | Email/Text: bankruptcy@td.com | Oct 06 2022 20:39:00 | TD Bank, N.A., 32 Chestnut Street, P.O. Box 1377, Lewiston, ME 04243 |
| 518275991 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 06 2022 20:38:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518476604 | | Email/Text: EDBKNotices@ecmc.org | | |

| | Oct 06 2022 20:38:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518156665 | | Any Creditor with Arbitration Clause, Provisions. |
| 518154612 | ##+ | Paul Michael Marketing, Attn: Bankruptcy Dept., 159-16 Union Turnpike, Suite #302, Flushing, NY 11366-1955 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andy Winchell | on behalf of Debtor Marie Claire Coulanges andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Brian E Caine | on behalf of Creditor Deutsche Bank National Trust Company as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1 bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6