Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  19−16501−JKS
    Chapter:  13
    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Marie Claire Coulanges
    aka Marie Claire Beaudin, aka Marie Claire
    Beaudin−Coulanges, dba Property Rental
    32 42nd Street
    Irvington, NJ 07111

Social Security No.:
    xxx−xx−3652

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 12, 2023.

Dated: January 12, 2023
JAN: zlh

    Jeanne Naughton
    Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 19-16501-JKS
Marie Claire Coulanges                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                                    Page 1 of 2
Date Rcvd: Jan 12, 2023       Form ID: plncf13                               Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marie Claire Coulanges, 32 42nd Street, Irvington, NJ 07111-1254 |
| 518311763 | + | OVERLOOK HOSPITAL, CCCB, PO BOX 1750, WHITEHOUSE STA NJ 08889-1750 |
| 518154610 | | Overlook Medical Center, P.O. Box 35611, Newark, NJ 07193-5611 |
| 518154611 | + | Parker McCay, PA, Attn: John D Krohn, Esq, 9000 Midlantic Drive, Suite 300, Mount Laurel, NJ 08054-1539 |
| 518154613 | + | Shiel Medical Laboratory, 63 Flushing Ave., Building 292, Brooklyn, NY 11205-1079 |
| 518154616 | + | Texas Life Insurance Company, 900 Washington Ave, Waco, TX 76701-1283 |
| 518154617 | + | Township of Irvington, Office of Tax Collector, 1 Civic Square, Irvington, NJ 07111-2997 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 12 2023 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 12 2023 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518154607 | + | Email/Text: bankruptcy@certifiedcollection.com | Jan 12 2023 20:47:00 | Certified Credit and Collection Bureau, P.O. Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518154608 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 12 2023 20:47:00 | ComenityCapital/Century 21, Attn: Bankruptcy Dept, P.O. Box 182125, Columbus, OH 43218-2125 |
| 518221828 | + | Email/Text: bankruptcynotice@franklincredit.com | Jan 12 2023 20:46:00 | Deutsche Bank National Trust Company, et al., c/o Franklin Credit Management, P.O. Box 829629, Philadelphia, PA 19182-9629 |
| 518154609 | + | Email/Text: bankruptcynotice@franklincredit.com | Jan 12 2023 20:46:00 | Franklin Credit Management Corporation, P.O. Box 829629, Philadelphia, PA 19182-9629 |
| 518276110 | | Email/Text: bnc-quantum@quantum3group.com | Jan 12 2023 20:47:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518154614 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 12 2023 20:58:57 | Syncb/Lord & Taylor, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 518156666 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Jan 12 2023 20:58:47 | T-Mobile Cellular, Attn: Bankruptcy Team, P.O. Box 53410, Bellevue, WA 98015. |
| 518154615 | | Email/Text: bankruptcy@td.com | Jan 12 2023 20:47:00 | TD Bank, N.A., 32 Chestnut Street, P.O. Box 1377, Lewiston, ME 04243 |
| 518275991 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 12 2023 20:46:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518476604 | | Email/Text: EDBKNotices@ecmc.org | | |

Case 19-16501-JKS   Doc 81   Filed 01/14/23   Entered 01/15/23 00:18:12   Desc Imaged
Certificate of Notice   Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: plncf13 | Total Noticed: 19 |

| | Jan 12 2023 20:46:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
|---|---|---|

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518156665 | | Any Creditor with Arbitration Clause, Provisions. |
| 518154612 | ##+ | Paul Michael Marketing, Attn: Bankruptcy Dept., 159-16 Union Turnpike, Suite #302, Flushing, NY 11366-1955 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2023           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andy Winchell | on behalf of Debtor Marie Claire Coulanges andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Brian E Caine | on behalf of Creditor Deutsche Bank National Trust Company  as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1 bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6