Order Filed on April 5, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Offices of Andy Winchell, PC<br>90 Washington Valley Road<br>Bedminster, New Jersey 07921<br>Telephone No. (973) 457-4710<br>andy@winchlaw.com<br>By: Andy Winchell [AW-6590]<br>Attorney for the Debtor | |
| In Re:<br><br>Marie Claire Coulanges<br><br>      Debtor | Case No.: 19-16501 (JKS)<br>Chapter: 13<br>Judge: Hon. John K Sherwood |

# ORDER GRANTING STANDARD CHAPTER 13 LEGAL FEES AND SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 5, 2023**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

1

The applicant having certified that standard Chapter 13 legal services and legal work supplemental to basic Chapter 13 services have been rendered, and no objections having been raised, it is:

ORDERED that the Law Offices of Andy Winchell, the applicant, is allowed fees of $9,633.50 for services rendered and $100.00 for expenses. This amount shall be paid:

　　__X__ through the chapter 13 plan as an administrative priority.

　　_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $ 1,500 per month for 36 months to allow for the payment of aforesaid fee.