| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>MARIE CLAIRE COULANGES | Case No.: 19-16501<br><br>Adv. No.:<br><br>Hearing Date: 10/12/2023<br><br>Judge: JKS |

### CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 09/19/2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
MARIE CLAIRE COULANGES
32 42ND STREET
IRVINGTON, NJ  07111
Mode of Service:  Regular Mail

Attorney for Debtor(s):
ANDY WINCHELL
LAW OFFICES OF ANDY WINCHELL, PC
90 WASHINGTON VALLEY ROAD
BEDMINSTER, NJ  07921
Mode of Service:  ECF and/or Regular Mail

Dated:  September 19, 2023

By:  /S/  Keith Guarneri
Keith Guarneri